**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| **DONNIE LYNN ABRAMS** | CASE NO.: LA10-21343-EC |
| | **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE: April 26, 2010<br>TIME: 1:30 pm<br>PLACE: ERNST & YOUNG PLAZA<br>725 S. FIGUEROA ST. ROOM 103<br>LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated: 4/14/10**

*(signature)*

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **DONNIE LYNN ABRAMS** | CHAPTER: 13 |
| | CASE NUMBER: **LA10-21343-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 4/14/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/14/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                         **F 9013-3.1**

| In re **DONNIE LYNN ABRAMS** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **LA10-21343-EC** |

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

AWA Creditors
PO Box 6605
Orange, CA 92863

Calvary Portfolio Services
PO Box 27288
Tempe, AZ 85000

DONNIE LYNN ABRAMS
6365 LEMON AVENUE
LONG BEACH, CA 90805

George Holland Jr
Holland Law Firm
1970 Broadway Ste 1030
Oakland, CA 94612

George Holland Jr., ESQ
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
OAKLAND, CA 94612

HOLLAND LAW FIRM
1970 BROADWAY
SUITE 1030
OAKLAND, CA 94612

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Midland Credit
PO Box 60578
Los Angeles, CA 90060-0578

Palisades Collections
210 Sylvan Ave
Englewood, NJ 07632

Rjm Acquisitions Funding Llc
575 Underhill Blvd
Suite 224
Syosset, NY 11791

RJM ACQUISITIONS LLC
575 UNDERHILL BLVD
SUITE 224
SYOSSET, NY 11791

Web Bank
PO Box 4477
Beaverton, OR 97076

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1