FILED

APR 2 3 2010

ENTERED

APR 2 6 2010

**United States Bankruptcy Court**
**Central District Of California**

In re:
Donnie Lynn Abrams

CHAPTER NO.:   13

CASE NUMBER: 2:10-bk-21343-EC

DATE OF FILING: March 26, 2010

## CASE INITIATION ACTION NOTICE

**To:** Honorable Ellen Carroll

**From:** SONNY MILANO   **Ext:** 1485   **Date:** April 15, 2010

The attached document is being forwarded to you for your immediate attention due to the following:

☐ Involuntary Petition

☐ Non-individual debtor not represented by attorney

☐ Chapter 11 filing by debtor not represented by attorney

☐ Amendment to petition to add additional aliases (a/k/a, d/b/a)

☐ Hearing date within three (3) days from filing date

☐ Amendment to debtor's and/or co-debtor's Social Security Number (attach copy of originally filed document)

☐ Amendment to debtor's and/or co-debtor's name (attach copy of originally filed document)

☐ Attorney of record barred from practicing in the Central District

☐ Debtor with multiple cases pending that have not been dismissed:

    **Case No:** ___                      **Chapter** ___

    **Case No:** ___                      **Chapter** ___

    **Case No:** ___                      **Chapter** ___

☐ Chapter 7 debtor(s) received a discharge in a chapter 12 or 13 case filed within 6 years of the filing of pending case (11 U.S.C. 727(a)(9))

    **Prior Case No.** ___          **Chapter** ___          **Date of Filing:** ___

☐ Chapter 13 debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 within 4 years of the filing of the pending case, or in a case filed under chapter 13 within 2 years of the filing of pending case (11 U.S.C. 1328(f))

    **Prior Case No.** ___          **Chapter** ___          **Date of Filing:** ___

    District and division, if other than CAC ___

☐ Request for waiver of Credit Counseling requirement (Exigent Circumstances)

☐ Debtor failed to file Copies of Payment Advices (Pay Stubs) within 45 days after the date of the filing of the petition

☑ Other:  Debtor's Non-Compliance with Case Commencement Deficiency Notice and Order to Comply.

**_Please indicate your instructions and forward to your Courtroom Services team._**

☐ Process using routine procedures (no special action required)

☐ Prepare an Order to Show Cause re: Dismissal

☐ Dismiss with 180 day restriction

✖ Dismiss without 180 day restriction

☐ Dismiss pursuant to § 521(i)(1) [Clerk's Office to send BNC Notice re: Order and Notice of Dismissal for Failure to File Copies of Payment Advices (Pay Stubs)]

☐ Send a notice to the debtor that no discharge will be granted when otherwise ready to close the case

☐ Other: ___

**BY THE ORDER OF THE COURT**

Ellen Carroll

Dated: ___ 4/23/10
Revised 11/09
UK

_____
**Honorable Ellen Carroll**

# United States Bankruptcy Court
## Central District Of California

| | |
|---|---|
| In re:<br>Donnie Lynn ABRAMS | CHAPTER NO.:  13 |
| | CASE NO.: 2:10-bk-21343 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases required by Local Rule 1015–2.
☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002–1(g)]
☑ Summary of Schedules (Form B6). [Local Rule 1002–1(g)]
☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002–1(g)]
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b);
Local Rule 1002–1(g)]
☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent
Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income
X  Electronic Filing Declaration

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None'
marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

Chapter 13    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: March 26, 2010

KATHLEEN J. CAMPBELL, CLERK OF
COURT

By: Blake Francois
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: bfrancois         Page 1 of 1          Date Rcvd: Mar 30, 2010
Case: 10-21343               Form ID: mccdn           Total Noticed: 2
```

```
The following entities were noticed by first class mail on Apr 01, 2010.
db          +Donnie Lynn ABRAMS,    6365 Lemon Avenue,    Long Beach, CA 90805-2419
aty         +George Holland, Jr,    Holland Law Firm,    1970 Broadway Ste 1030,    Oakland, CA 94612-2222
```

```
The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2010                    Signature:    _Joseph Speetjens_

## United States Bankruptcy Court
## Central District Of California

| In re:<br>Donnie Lynn ABRAMS | CHAPTER NO.:  13 |
|---|---|
| | CASE NO.: 2:10-bk-21343 |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

## Schedule B
## Schedule C
## Schedule D
## Schedule E
## Schedule F
## Schedule A
## Schedule G
## Statement – Form 22C
## Schedule H
## Schedule I
## Schedule J
## Stmt. of Fin. Affairs
## Chapter 13 Plan

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)   File the above-referenced documents and the proper number of copies [Local Bankruptcy Rule 1002-1]:

                        Chapter 13     1 Original and 1 Copy

**OR**

(2)   File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**
Dated: <u>March 26, 2010</u>

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

By: <u>Blake Francois</u>
   **Deputy Clerk**

deforco – Revised 12/2009

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: bfrancois          Page 1 of 1          Date Rcvd: Mar 30, 2010
Case: 10-21343               Form ID: deforco         Total Noticed: 3

```
The following entities were noticed by first class mail on Apr 01, 2010.
db          +Donnie Lynn ABRAMS,    6365 Lemon Avenue,    Long Beach, CA 90805-2419
aty         +George Holland, Jr,    Holland Law Firm,    1970 Broadway Ste 1030,    Oakland, CA 94612-2222
ust         +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2010                    Signature:    _Joseph Speetjens_

**2:10-bk-21343-EC** Donnie Lynn Abrams
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Ellen Carroll
**Date filed:** 03/26/2010 **Date of last filing:** 04/09/2010

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 1 | ❏ Aty Disclosure Stmt. | 03/26/2010 | 04/09/2010 | 04/09/2010 | | |
| 1 | ❏ Cert. Credit Counseling | 03/26/2010 | 04/09/2010 | 04/09/2010 | | |
| 1 | ❏ Chapter 13 Plan | 03/26/2010 | 04/09/2010 | | | |
| 1 | ❏ Db Cert of Empl Income | 03/26/2010 | 04/09/2010 | | | |
| 1 | ❏ Declaration Re Sched | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Notice Avail Chapters | 03/26/2010 | 04/09/2010 | | | |
| 1 | ❏ Schedule A | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Schedule B | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Schedule C | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Schedule D | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Schedule E | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Schedule F | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Schedule G | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Schedule H | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Schedule I | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Schedule J | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Statement - Form 22C | 03/26/2010 | 04/09/2010 | 04/09/2010 | | |
| 1 | ❏ Statistical Summary | 03/26/2010 | 04/09/2010 | | 04/09/2010 | |
| 1 | ❏ Stmt. of Fin. Affairs | 03/26/2010 | 04/09/2010 | 04/09/2010 | | |
| 1 | ❏ Stmt. of Related Case | 03/26/2010 | 04/09/2010 | | | |
| 1 | ❏ Summary of Schedules | 03/26/2010 | 04/09/2010 | 04/09/2010 | | |
| 1 | ❏ Incomplete Filings Due | 03/26/2010 | 04/09/2010 | | | |
| 9 | ❏ 341 Meeting | 04/01/2010 | 04/26/2010 at 04:00 PM | | | |
| 9 | ❏ Confirmation Hearing | 04/01/2010 | 06/03/2010 at 01:30 PM | | | Carroll, Ellen |
| 9 | ❏ Objection to Confirmation | 04/01/2010 | 06/03/2010 at 01:30 | | | Carroll, Ellen |

|  |  |  | PM |  |  |  |
|---|---|---|---|---|---|---|
| 9 | ○ Objection 523 Complaint | 04/01/2010 | 06/25/2010 |  |  |  |
| 9 | ○ Proof of Claims Deadline | 04/01/2010 | 07/26/2010 |  |  |  |
| 9 | ○ Government Proof of Claim | 04/01/2010 | 09/22/2010 |  |  |  |